# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| John Q. Hammons Hotels & Resorts | ) ASBCA No. 61196 |
| | ) |
| Under Contract No. W912NS-17-P-0006 | ) |

APPEARANCE FOR THE APPELLANT:     Gregg Groves, Esq.
    Senior Vice President and General Counsel

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    CPT Jessica E. Hom, JA
    Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 8 August 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61196, Appeal of John Q. Hammons Hotels & Resorts, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals